# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorena Munoz,<br><br>    Plaintiff,<br><br>v.<br><br>Infoarmor Incorporated,<br><br>    Defendant. | No. CV-23-01731-PHX-SMB<br><br>**ORDER** |

This Court having reviewed the Defendant's Motion to Compel Arbitration and Dismiss Action (Doc. 21) and good cause appearing,

**IT IS HEREBY ORDERED** that this case is dismissed and compelled to arbitration pursuant to the Arbitration Agreement.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this case.

Dated this 5th day of December, 2023.

*[signature]*

Honorable Susan M. Brnovich
United States District Judge